**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:  CASE NO. 21-15049-PDR
Altagracia Tavarez

CHAPTER 7

_____ Debtor(s)_____/

**DEBTOR'S EMERGENCY MOTION TO CONTINUE THE AUTOMATIC STAY**
(Requesting expedited hearing date to be scheduled before the expiration of 30 days from the date of filing the petition which is June 24, 2021)

COMES NOW, the Debtor, Altagracia Tavarez, by and through the undersigned attorney, and hereby files this Motion to Continue the Automatic Stay, Pursuant to 11 U.S.C. 362(c)(3)(B) and (C), as to all creditors of the Debtor, and as grounds therefore alleges:

1. On September 20, 2018, the Debtor filed a Chapter 13 petition for bankruptcy relief in the Southern District of Florida, Ft. Lauderdale Division (Case No.: 18-21587-PDR).

2. The Chapter 13 bankruptcy case was dismissed on January 25, 2021, by Order Granting Chapter 13 Trustee's Request to Dismiss Case for Failure by Debtor(s) to Remain Current in Plan Payments [ECF#49] and closed on March 29, 2021.

3. This instant case was filed on May 25, 2021.

4. The Debtor presents to the court that the change in circumstances in regard to the mortgage holder or Secured Creditor since the Debtor can no longer cure and maintain the arrearage on her homestead property in her previous Chapter 13 plan and thus now seeks to either attempt a refinancing or a sale to pay off

the secured creditor and retain any exempt proceeds, if any, from her constitutionally protected homestead property.

5. The debtor's homestead is in foreclosure and the extension of the automatic stay will allow the Debtor a breathing spell in order to get her affairs in order.

6. Furthermore, the Debtor's absence of bad faith is imputed to this instant case as the Debtor made a substantial number of payments for a total of $48,746.00 and paying the Secured Creditor $43,504.45 from that total amount.

7. The Debtor is not attempting to abuse the system by filing a second case.

8. There was no Motion to Lift the Automatic Stay filed in the previous case by any of the Debtor's creditors.

9. This motion is made in good faith as to all creditors and only as a precautionary action to safeguard the rights the Debtor has with the stay provided by the Bankruptcy Code.

10. Pursuant to Local Rule 4001-1(L), the Debtor will file a supplemental Affidavit as Exhibit "A" declaring support of this instant Motion that describes the facts upon which the Debtor is relying on to rebut the presumption of the absence of good faith.

WHEREFORE, the Debtor requests that the Court allow the automatic stay to continue as to all creditors including the Secured Creditor together with any other relief the Court deems appropriate under the facts.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct cop of the foregoing Motion to Continue the Automatic Stay was sent to all interested parties on the attached service list on June 14, 2021.

Respectfully Submitted,

Robert Sanchez & Associates, P.A.
355 West 49TH Street
Hialeah, Florida 33012
(305) 687-8008
/s/ Robert Sanchez, Esq.
Robert Sanchez, Esq.
FBN: 0442161