UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                          CASE NO.: 21-15049-PDR-
Altagracia Tavarez

                                                CHAPTER 7

_____Debtor(s)_____/

AFFIDAVIT IN SUPPORT OF DEBTOR'S MOTION TO CONTINUE THE
AUTOMATIC STAY

STATE OF FLORIDA          )
COUNTY OF Miami Dade.     )

BEFORE ME, the undersigned authority personally appeared, Altagracia Tavarez and who after being duly deposes and says:

I, Altagracia Tavarez, state that the change in circumstances from the previously filed case(s) is that in this case I am filing a new chapter of bankruptcy and not curing and maintaining the homestead property as was the case in my previous Chapter 13 Plan as I now do not have the funds to continue to support the property.

FURTHER THE AFFIANT SAYETH NAUGHT!

X_____
Altagracia Tavarez

The foregoing instrument and acknowledged before me this 14th day of June 2021. Personally known_____ or Produced identification ✓ and who did / did not take an oath.

FL DLT162-000-67-919-0

MY COMMISSION EXPIRES: _____
                        NOTARY PUBLIC

SARAH SANCHEZ CASTILLO
Notary Public - State of Florida
Commission # HH 23717
My Comm. Expires Jul 26, 2024
Bonded through National Notary Assn.

SARAH SANCHEZ CASTILLO
Notary Public - State of Florida
Commission # GG 31177
My Comm. Expires Jul 26, 2024
Bonded through National Notary Assn.