UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

        CASE NO.: 21-15049-PDR

ALTAGRACIA TAVAREZ

        CHAPTER: 7

    Debtor(s).
_____/

**SECURED CREDITOR'S OBJECTION TO DEBTOR'S
EMERGENCY MOTION TO CONTINUE THE AUTOMATIC STAY**

**SECURED CREDITOR**, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., HOME EQUITY PASS THROUGH CERTIFICATES, SERIES 2007-1 (hereinafter referred to as "Secured Creditor"), and serviced by Select Portfolio Servicing, Inc., by and through its undersigned counsel, hereby files this, its Objection to Debtor's Motion To Continue the Automatic Stay [DE11], and states as follows:

1. On June 14, 2021, Debtor filed an Emergency Motion to Continue the Automatic Stay [DE11], specifically to allow her time to refinance/payoff/sell her surrendered property of 7825 Alhambra Blvd, Miramar, FL 33023.

2. A Final Judgment of Foreclosure was entered in circuit court in favor of Secured Creditor against Debtor on March 28, 2016 in the amount of $318,507.60 with regard to the subject property. A copy of the Final Judgment and online docket is attached as Exhibit A.

3. Debtor has filed 4 separate bankruptcy petitions since the entry of the above judgment:

    a. Case Number 16-16346: Chapter 13 filed on 05/02/2016 was Dismissed on 06/27/2016;

    b. Case Number 16-21594: Chapter 13 filed on 08/23/2016 Dismissed on 04/05/2017;

    c. Case Number 18-21587: Chapter 13 filed on 09/20/2018 was Dismissed on 01/25/2021;

    d. Case Number 21-15049 (current case): Chapter 7 filed on 05/25/2021.

4. Each of the above bankruptcy petitions were filed a few days prior to the foreclosure sale of the pending foreclosure action.

5. The automatic stay is set to expire June 24, 2021.

6. As of June 2, 2021, an approximate payoff of the loan is $329,208.91. A copy of the servicer screen print is attached as Exhibit "B."

7. Debtor values the subject property in Schedule A [DE1 PG11] at $250,740.00. As such, due to the Secured Creditor's lien, there is no equity for the benefit of unsecured creditors.

8. Therefore, this Motion does appear to be an effort to the delay and/or frustrate Secured Creditor's rights to proceed with the foreclosure and objects to the Motion.

**WHEREFORE**, SECURED CREDITOR, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP., HOME EQUITY PASS THROUGH CERTIFICATES, SERIES 2007-1SERVICED BY SELECT PORTFOLIO SERVICING, INC., prays that this Court deny Debtor's Motion to Extend the Automatic Stay, enter an Order confirming to the State Court that no stay was in effect since the previous Dismissal date of case 16-bk-05759, that the sale was not subject to these bankruptcy proceedings and to issue the Certificate of Title forthwith, and for such other and further relief as the Court deems proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was provided via electronic and/or Regular U.S. Mail to the parties listed on the attached service list, this   15   day of   June  ,  2021 .

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the SOUTHERN District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rules.

                                **POPKIN & ROSALER, P.A.**
                                Attorney for Secured Creditor
                                1701 West Hillsboro Boulevard, Ste 400
                                Deerfield Beach, FL  33442
                                Telephone: (954) 360-9030
                                Facsimile: (954) 420-5187
                                bankruptcy@popkinrosaler.com

                                By:      /s/ Corey M. Ohayon
                                ☐       **BRIAN L. ROSALER**
                                        Florida Bar No.: 093459
                                ■       **COREY M. OHAYON**
                                        Florida Bar: 0051323

**SERVICE LIST**
Altagracia Tavarez
7825 Alhambra Boulevard
Miramar, Fl 33023-5821

Robert Sanchez, Esq
355 W 49 St.
Hialeah, Fl 33012

Trustee
Kenneth A Welt
4581 Weston Road Suite 355
Weston, Fl 33331

U.S. Trustee
Office Of The Us Trustee
51 S.W. 1st Ave., Suite 1204
Miami, Fl 33130

16-43733B2

\*\*\*\* FILED: BROWARD COUNTY, FL  Howard C. Forman, CLERK 3/28/2016 2:34:34 PM.\*\*\*\*

IN THE CIRCUIT COURT OF THE SEVENTEENTH
JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY,
FLORIDA
CIVIL ACTION

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON
BEHALF OF THE HOLDERS OF THE CREDIT SUISSE FIRST
BOSTON MORTGAGE SECURITIES CORP., HOME EQUITY
PASS THROUGH CERTIFICATES, SERIES 2007-1,
    Plaintiff,

                        CASE NO.: CACE15016823
vs.                 DIVISION:

ALTAGRACIA TAVAREZ; CACH, LLC; ANY AND ALL
UNKNOWN PARTIES CLAIMING BY, THROUGH, UNDER, AND
AGAINST THE HEREIN NAMED INDIVIDUAL DEFENDANT(S)
WHO ARE NOT KNOWN TO BE DEAD OR ALIVE, WHETHER
SAID UNKNOWN PARTIES MAY CLAIM AN INTEREST AS
SPOUSES, HEIRS, DEVISEES, GRANTEES, OR OTHER
CLAIMANTS; UNKNOWN PARTY #1, UNKNOWN PARTY #2,
UNKNOWN PARTY #3, AND UNKNOWN PARTY #4 THE NAMES
BEING FICTITIOUS TO ACCOUNT FOR PARTIES IN
POSSESSION
    Defendant(s).

## FINAL JUDGMENT OF FORECLOSURE

THIS ACTION was heard before the Court at the Non-Jury Trial held on March 28, 2016  On the evidence presented,

IT IS ORDERED AND ADJUDGED that

1      The Plaintiff's Final Judgment is GRANTED  Service of process has been duly and regularly obtained over, **Altagracia Tavarez; CACH, LLC** defendants

2      There is due and owing to the Plaintiff the following·

| | |
|---|---:|
| Principal due on the note secured by the mortgage foreclosed | $84,648 08 |
| Deferred Principal Balance | $211,898 76 |
| Interest on the note and mortgage from January 1, 2015 to March 28, 2016 | $9,789.92 |
| County Taxes | $1,889 04 |
| Hazard Insurance Premiums | $4,854 99 |
| Court Costs | |
| Filing Fee | $1,948 50 |
| Service of process | $220 00 |
| Title search expenses | $250 00 |
| LP Update | $45 00 |
| Additional Costs | |
| Property Inspections | $75 00 |
| Valuations | $89 00 |
| Unapplied Funds | $(0 69) |
| Attorney fees | $2,800 00 |
| **GRAND TOTAL** | **$318,507.60** |

EXHIBIT A

3       The grand total amount referenced in Paragraph 2 shall bear interest from this date forward at the prevailing legal rate of interest

4       Plaintiff, U S BANK NATIONAL ASSOCIATION, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE CREDIT SUISSE FIRST BOSTON MORTGAGE SECURITIES CORP, HOME EQUITY PASS THROUGH CERTIFICATES, SERIES 2007-1, whose address is c/o Select Portfolio Servicing, Inc, 3217 S Decker Lake Dr., Salt Lake City, UT 84119, holds a lien for the grand total sum specified in Paragraph 2 herein   The lien of the Plaintiff is superior in dignity to any right, title, interest or claim of the defendants and all persons, corporations, or other entities claiming by, through, or under the defendants or any of them and the property will be sold free and clear of all claims of the defendants, with the exception of any assessments that are superior pursuant to Florida Statutes, Section 718 116 and Section 720 3085   The Plaintiff's lien encumbers the subject property located in Broward County, Florida and described as

**LOT 12, BLOCK 2, MIRAMAR PARK FIRST ADDITION, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 59, AT PAGE 20, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.**

**Property address: 7825 ALHAMBRA BLVD, MIRAMAR, FL 33023**

5       If the grand total amount with interest at the rate described in Paragraph 3 and all costs accrued subsequent to this judgment are not paid, the Clerk of the Court shall sell the subject property at public sale to the highest bidder on __M A-Y  J__, 20_/6_, at 10 00am, to the highest bidder for cash, except as prescribed in Paragraph 6, at Broward County's Public Auction website  www broward realforeclose com, after having first given notice as required by Section 45 031, Florida Statutes   The Clerk shall not conduct the sale in the absence of the Plaintiff or its representative

6       Plaintiff shall advance all subsequent costs of this action in addition to any advances to protect its collateral and shall be reimbursed for them by the Clerk if Plaintiff is not the purchaser of the property for sale If Plaintiff is the purchaser, the Clerk shall credit Plaintiff's bid with the total sum with interest and costs accruing subsequent to this judgment, or such part of it, as is necessary to pay the bid in full   The Clerk shall receive the service charge imposed in Section 45 031, Florida Statutes, for services in making, recording, and certifying the sale and title that shall be assessed as costs

7       On filing of the Certificate of Sale, defendant's right of redemption as prescribed by Florida Statutes, Section 45 0315 shall be terminated

8       On filing the Certificate of Title, the Clerk shall distribute the proceeds of the sale, so far as they are sufficient, by paying first, all of the Plaintiff's costs, second, documentary stamps affixed to the Certificate, third, Plaintiff's attorneys' fees, fourth, the total sum due to the Plaintiff, less the items paid, plus interest at the rate prescribed in paragraph 2 from this date to the date of the sale   During the sixty (60) days after the Clerk issues the certificate of disbursements, the Clerk shall hold the surplus pending further Order of this Court

9       Upon filing of the Certificate of Title, defendant and all persons claiming under or against defendant since the filing of the Notice of Lis Pendens shall be foreclosed of all estate or claim in the property and the purchaser at sale shall be let into possession of the property

10      The Court finds, based upon the affidavits presented and upon inquiry of counsel for the Plaintiff, that the flat fee of $2,800 00 is reasonable and appropriate for the Plaintiff's counsel's attorney's fees   The Court finds that there are no reasons for either reduction or enhancement pursuant to Florida Patient's Compensation Funds v Rowe, 472 So. 2d 1145 (Fla 1985), and the Court therefore has awarded reasonable attorney's fees in the amount indicated in paragraph 2 of this Judgment

11      **NOTICE PURSUANT TO AMENDMENT TO SECTION 45.031, FLA. ST. (2006).**

**IF THIS PROPERTY IS SOLD AT PUBLIC AUCTION, THERE MAY BE ADDITIONAL MONEY FROM THE SALE AFTER PAYMENT OF PERSONS WHO ARE ENTITLED TO BE PAID FROM THE SALE PROCEEDS PURSUANT TO THE FINAL JUDGMENT.**

**IF YOU ARE A SUBORDINATE LIENHOLDER CLAIMING A RIGHT TO FUNDS REMAINING AFTER THE SALE, YOU MUST FILE A CLAIM WITH THE CLERK NO LATER THAN SIXTY (60)**

DAYS AFTER THE SALE. IF YOU FAIL TO FILE A CLAIM, YOU WILL NOT BE ENTITLED TO ANY REMAINING FUNDS.

IF YOU ARE THE PROPERTY OWNER, YOU MAY CLAIM THESE FUNDS YOURSELF. YOU ARE NOT REQUIRED TO HAVE A LAWYER OR ANY OTHER REPRESENTATION AND YOU DO NOT HAVE TO ASSIGN YOUR RIGHTS TO ANYONE ELSE IN ORDER FOR YOU TO CLAIM ANY MONEY TO WHICH YOU ARE ENTITLED. PLEASE CHECK WITH THE CLERK OF THE COURT, BROWARD COUNTY CLERK OF COURT BROWARD COUNTY COURTHOUSE ATTN: FORECLOSURE 201 S E 6TH STREET, ROOM 230 FORT LAUDERDALE, FL 33301 BROWARD COUNTY CLERK OF COURTS, [TELEPHONE: 954-831-5745 - Foreclosure Line 954-831-6565 GENERAL NOTICE OF ACTIONS 954-831-5742 954-831-7770 Special Foreclosure Line 954-831-5659 - Court Registry - Funds], WITHIN TEN (10) DAYS AFTER THE SALE TO SEE IF THERE IS ADDITIONAL MONEY FROM THE FORECLOSURE SALE THAT THE CLERK HAS IN THE REGISTRY OF THE COURT.

IF YOU DECIDE TO SELL YOUR HOME OR HIRE SOMEONE TO HELP YOU CLAIM THE ADDITIONAL MONEY, YOU SHOULD READ VERY CAREFULLY ALL PAPERS YOU ARE REQUIRED TO SIGN, ASK SOMEONE ELSE, PREFERABLY AN ATTORNEY WHO IS NOT RELATED TO THE PERSON OFFERING TO HELP YOU, TO MAKE SURE THAT YOU UNDERSTAND WHAT YOU ARE SIGNING AND THAT YOU ARE NOT TRANSFERRING YOUR PROPERTY OR THE EQUITY IN YOUR PROPERTY WITHOUT THE PROPER INFORMATION. IF YOU CANNOT AFFORD TO PAY AN ATTORNEY, YOU MAY CONTACT LEGAL AID SERVICE OF BROWARD COUNTY INC., 491 N. STATE ROAD 7, PLANTATION, FL 33317 TELEPHONE: (954) 765-8950, TO SEE IF YOU QUALIFY FINANCIALLY FOR THEIR SERVICES. IF THEY CANNOT ASSIST YOU, THEY MAY BE ABLE TO REFER YOU TO A LOCAL BAR REFERRAL AGENCY OR SUGGEST OTHER OPTIONS. IF YOU CHOOSE TO CONTACT FLORIDA RURAL LEGAL SERVICES, YOU SHOULD DO SO AS SOON AS POSSIBLE AFTER RECEIPT OF THIS NOTICE.

12.     If Plaintiff is the successful purchaser at the foreclosure sale, Plaintiff may assign the successful bid without further order of this court

13.     The Court finds that Plaintiff has standing to seek and receive the relief obtained herein

14.     Any funds payable from third party funds including attorney fees and costs shall be made payable to Plaintiff

15.     The Court specifically reserves jurisdiction to enter further orders the Court deems just and proper to include, without limitation, the following orders related to pursuit and entry of deficiency judgment, if Defendant has not been discharged in bankruptcy, or it is not prohibited by federal law or mutual settlement agreement, orders granting additional attorney's fees and costs, writs of possession, orders determining the amount and responsibility for assessments that may be due a condominium or homeowner's association pursuant to sections 718.116 or 720.3085 of the Florida Statues, orders arising out of re-foreclosure, to include permitting a supplemental complaint to add an interest-holder, and/or, orders involving reformation of the mortgage instrument or deed to perfect title

ORDERED at Broward County, Florida on _March 28_, 20_16_

_____
Circuit Judge

AB-15-185290

Copies furnished to

Albertelli Law
P O Box 23028
Tampa, FL 33623
eService   servealaw@albertellilaw.com

CACE15016823

Altagracia Tavarez
7825 ALHAMBRA BOULEVARD
MIRAMAR, FL 33023

CACH, LLC
C/O REGISTERED AGENT CT CORPORATION SYSTEM
1200 S PINE ISLAND RD
PLANTATION, FL 33324



Menu ≡

**Is your court hearing being held via Zoom? Learn more about Remote Court Hearings by Zoom (/GeneralInformation/Miscellaneous#RemoteHearingsbyZoom)**

# Case Detail - Public

🖶 Print

### U.S. Bank National Association Plaintiff vs. Altagracia Tavarez, et al Defendant

**Broward County Case Number:** CACE15016823
**State Reporting Number:** 062015CA016823AXXXCE
**Court Type:** Civil
**Case Type:** Real Prop Homestead Res Fore =/>$250,000
**Incident Date:** N/A
**Filing Date:** 09/22/2015
**Court Location:** Central Courthouse
**Case Status:** Reclosed Case
**Magistrate Id / Name:** N/A
**Judge ID / Name:** 11 Gundersen, Andrea Ruth

---

**− Party(ies)**                                                                 Total: 3

| Party Type | Party Name | ❓ Address | ❓ Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Defendant | **Tavarez, Altagracia** | | |



| Party Type | Party Name | Address | Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Defendant | **CACH, LLC** | | |
| Plaintiff | **U.S. Bank National Association**<br><br>*Trustee*<br>**on Behalf of the Holders of the Credit Suisse First Boston Mortgage Securities Corp, Home Equity Pass Through Certificates, Series 2007-1** | | ★<br>Osborne, David B<br>Retained<br>Bar ID: 70182<br>GROELLE & SALMON. P.A<br>7650 W. Courtney Campbell Cswy. Ste 800<br>Tampa, FL 33607<br>**Status: Active** |

## ⊟ Disposition(s)   Total: 1

| Date | Statistical Closure(s) |
|---|---|
| 03/28/2016 | Disposed by Non-Jury Trial |

| Date | Disposition(s) | View | Page(s) |
|---|---|---|---|
| 03/28/2016 | **Final Judgment of Foreclosure**<br>Vol./Book 0 , Page 0, 4 pages<br>Instrument Number 113600843 | 📄 | 4 |

## ⊟ Event(s) & Document(s)   Total: 89

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 05/25/2021 | **Suggestion of Bankruptcy** | Case Number 21-15049-PDR<br>Party: *Defendant* Tavarez, Altagracia | 📄 | 1 |
| 04/16/2021 | **Proof of Publication** | NOTICE OF SALE 06/01/21 10:00 AM | 📄 | 4 |
| 04/13/2021 | **Notice of Filing** | | 📄 | 6 |
| 03/31/2021 | **Notice of Sale - Issued by Attorney** | 1 day of June, 2021 | 📄 | 3 |
| 03/29/2021 | **Ord Setting/Resetting Foreclosure Sale** | | 📄 | 2 |
| 03/22/2021 | **Notice of Hearing** | | 📄 | 14 |
| 02/23/2021 | **Motion to Reschedule Foreclosure Sale** | Party: *Plaintiff* U S Bank National Assn | 📄 | 10 |
| 09/26/2018 | **Suggestion of Bankruptcy** | case number 18-21587-JKO<br>Party: *Defendant* Tavarez, Altagracia | 📄 | 1 |
| 09/17/2018 | **Order Rescheduling Foreclosure Sale** | RESET TO 10/23/18<br>Party: *Plaintiff* U S Bank National Assn | 📄 | 1 |
| 08/07/2018 | **Notice of Service** | | 📄 | 3 |
| 08/07/2018 | **Cross Notice** | on September 17, 2018 at 1:30 pm RM 14160 | 📄 | 4 |
| 08/01/2018 | **Order Setting Case Management Conference** | 09-17-2018 | 📄 | 2 |
| 08/01/2018 | **Order Setting Case Management Conference** | 09/17/18 at 01:30 pm 14160 | 📄 | 1 |
| 07/09/2018 | **Notice of Service** | | 📄 | 4 |
| 06/05/2018 | **Order Setting Case Management Conference** | 08-01-2018 | 📄 | 2 |
| 06/05/2018 | **Order Setting Case Management Conference** | | 📄 | 1 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 05/14/2018 | **Notice of Service** | OF ORDER OF CASE MANAGEMEBNT CONFERENCE<br>Party: *Plaintiff* U S Bank National Assn | 📄 | 4 |
| 04/11/2018 | **Order Setting Case Management Conference** | 06-05-2018 | 📄 | 2 |
| 04/11/2018 | **Order Setting Case Management Conference** | rm 14160 06-05-2018 8:45 AM | 📄 | 1 |
| 03/05/2018 | **Notice of Service** | | 📄 | 3 |
| 02/12/2018 | **Order Setting Case Management Conference** | 04-11-2018 | 📄 | 2 |
| 02/12/2018 | **Order Setting Case Management Conference** | 04-11-2018 @ 8:45 AM RM 14160 | 📄 | 1 |
| 01/26/2018 | **Notice of Service** | | 📄 | 3 |
| 12/01/2017 | **Order Setting Case Management Conference** | 02-12-2018 | 📄 | 2 |
| 12/01/2017 | **Order Setting Case Management Conference** | | 📄 | 1 |
| 11/21/2017 | **Order Denying Motion** | TO STAY CASE AND SETTING CASE STATUS CONFERENCE | 📄 | 2 |
| 11/13/2017 | **Notice of Hearing** | | 📄 | 3 |
| 11/01/2017 | **Motion to Stay** | PLAINTIFF'S MOTION TO STAY CASE | 📄 | 3 |
| 04/18/2017 | **Re-open Fee** | Payor: ANDREA KATHRYN ALLES ;<br>Userid: CTS-fg/t ;<br>Receipt: 20171FA1A051750;<br>;<br>Amount: $50.00 | | |
| 04/17/2017 | **Motion to Reset Sale Date** | Party: *Plaintiff* U S Bank National Assn | 📄 | 5 |

| Date | Description | Additional Text | View | Pages |
| --- | --- | --- | --- | --- |
| 04/17/2017 | **Notice of Filing** | ORDER DENYING CONFIRMATION AND DISMISSING CHAPTER 13 CASE<br>Party: *Plaintiff* U S Bank National Assn | 📄 | 4 |
| 08/24/2016 | **Foreclosure Sale Fee** | Payor: Brandee Williams ; Userid: CTS- ; Receipt: 20161RA1A009506;<br>;<br>Amount: $70.00 | | |
| 08/23/2016 | **Suggestion of Bankruptcy** | Case No.: 16-21594-JKO<br>Party: *Defendant* Tavarez, Altagracia | 📄 | 1 |
| 08/23/2016 | **Notice of Filing** | OF THE ORDER DISMISSING CASE FOR FAILURE TO MAKE PRE- CONFIRMATION PLAN PAYMENTS AND FOR FAILURE TO PPEAR AT THE SECTION 341 MEETING OF CREDITORS<br>Party: *Plaintiff* U S Bank National Assn | 📄 | 4 |
| 08/22/2016 | **Notice of Filing** | THE UNITED STATES BANKRUPTCY COURT'S ORDER DISMISSING CASE FOR FAILURE TO MAKE PRE-CONFIRMATION PLAN PAYMENTS AND FOR FAILURE TO APPEAR AT THE SECTION 341 MEETING OF CREDITORS | 📄 | 4 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 08/22/2016 | **Notice of Filing** | OF THE ORDER DISMISSING CASE FOR FAILURE TO MAKE PRE- CONFIRMATION PLAN PAYMENTS AND FOR FAILURE TO PPEAR AT THE SECTION 341 MEET1NG OF CRED1TORS<br>Party: *Plaintiff* U S Bank National Assn | 📄 | 4 |
| 08/12/2016 | **Proof of Publication** | | 📄 | 2 |
| 07/29/2016 | **Notice of Sale - Issued by Attorney** | | 📄 | 2 |
| 07/06/2016 | **Order Vacating Sale** | | 📄 | 2 |
| 06/07/2016 | **Suggestion of Bankruptcy** | 16-16346-JKO<br>Party: *Defendant* Tavarez, Altagracia | 📄 | 1 |
| 06/07/2016 | **Motion to Vacate** | SALE, CERTIFICATE OF SALE & CERTIFICATE OF TITLE<br>Party: *Defendant* Tavarez, Altagracia | 📄 | 1 |
| 05/17/2016 | **Certificate of Title** | | 📄 | 2 |
| 05/11/2016 | **Comment:** | Originial loan documents placed in file | | |
| 05/04/2016 | **Certificate of Sale** | | 📄 | 1 |
| 05/04/2016 | **Bid Sheet** | | 📄 | 2 |
| 04/26/2016 | **Notice of Sale - Issued by Attorney** | sale date of 3rd day of May, 2016 | 📄 | 2 |
| 04/22/2016 | **Foreclosure Sale Fee** | Payor: Brandee Williams ; Userid: CTS- ; Receipt: 20161RA1A005148; ;<br><br>Amount: $70.00 | | |
| 04/22/2016 | **Proof of Publication** | 5/03/16 SALE | 📄 | 2 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 03/30/2016 | **Notice of Sale to be Issued by Attorney** | | | |
| 03/28/2016 | **Final Disposition Form** | Disposed by Non?Jury Trial | 📄 | 1 |
| 03/28/2016 | **Not of Filing Original Note & Mortgage** | | 📄 | 71 |
| 03/28/2016 | **Witness & Exhibit List** | AMENDED<br>Party: *Plaintiff* U S Bank National Assn | 📄 | 4 |
| 03/28/2016 | **Witness & Exhibit List** | AMENDED<br>Party: *Plaintiff* U S Bank National Assn | 📄 | 4 |
| 01/21/2016 | **Notice of Intent** | LIST OF EVIDENCE AND NOTICE OF INTENT TO OFFER AT TRIAL<br>Party: *Plaintiff* U S Bank National Assn | 📄 | 2 |
| 01/19/2016 | **Notice of Filing** | OF AFFIDAVIT AS TO NON-MILITARY SERVICE<br>Party: *Plaintiff* U S Bank National Assn | 📄 | 5 |
| 01/06/2016 | **Non-Military Affidavit** | | 📄 | 4 |
| 01/05/2016 | **Notice of Service** | OF ORDER SETTING NON-JRUY FORECLOSURE TRIAL AND PRETRIAL PROCEDURES<br>Party: *Plaintiff* U S Bank National Assn | 📄 | 4 |
| 01/04/2016 | **Ord Setting Non-Jury Trial** | AND PRETRIAL PROCEDURES/ 3/28/16 AT 9:00AM RM 518 | 📄 | 2 |
| 01/04/2016 | **Order of Referral to General Magistrate** | & SCHEDULING ORDER/ 3/28/16 at 9:00am rm 517 | 📄 | 3 |
| 12/31/2015 | **Order of Referral to General Magistrate** | GM Lisa D Eiss | 📄 | 3 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 12/28/2015 | **Order Setting** | NON-JURY FORECLOSURE TRIAL AND PRETRIAL PROCEDURES 09:00 AM on Monday, March 28, 2016 RM 518 | 📄 | 2 |
| 12/28/2015 | **Case Management Conference Order** | The Case is Reset 03/28/2016 9:00am | 📄 | 1 |
| 12/03/2015 | **Notice of Service** | OF ORDER SETTING CASE MANAGEMENT CONFERENCE Party: *Plaintiff* U S Bank National Assn | 📄 | 3 |
| 11/20/2015 | **Notice of Non Jury Trial** | | 📄 | 2 |
| 11/09/2015 | **Notice of Dropping Parties- Generic** | Unknown Party #1, Unknown Party #2, Unknown Party #3, and Unknown Party #4, Party: *Plaintiff* U S Bank National Assn | 📄 | 2 |
| 11/09/2015 | **Non-Military Affidavit** | | 📄 | 3 |
| 11/09/2015 | **Default** | AGAINST Party: *Defendant* Tavarez, Altagracia *Defendant* CACH, LLC | 📄 | 2 |
| 11/09/2015 | **Motion for Default** | Party: *Plaintiff* U S Bank National Assn | 📄 | 2 |
| 11/06/2015 | **Non-Military Affidavit** | | 📄 | 3 |
| 11/03/2015 | **Order Setting Case Management Conference** | December 28. 2015 08:45 AM RM 518 | 📄 | 1 |
| 10/07/2015 | **Summons Returned Unserved** | UNKNOWN PARTY #1 | 📄 | 2 |
| 10/07/2015 | **Summons Returned Unserved** | UNKNOWN PARTY #2 | 📄 | 2 |
| 10/07/2015 | **Summons Returned Served** | Altagracia Tavarez 9/30/15 | 📄 | 2 |
| 10/07/2015 | **Summons Returned Served** | CACH, LLC 10/1/15 | 📄 | 2 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 09/29/2015 | **Filing Fee Paid** | Payor: DAVID B OSBORNE ; Userid: CTS-fg/t ; Receipt: 20151FA1A138388; ; <br><br>Amount: $1,906.00 | | |
| 09/29/2015 | **Defendant Count > than 5** | Payor: DAVID B OSBORNE ; Userid: CTS-fg/t ; Receipt: 20151FA1A138388; ; <br><br>Amount: $2.50 | | |
| 09/29/2015 | **Summons Issued Fee** | Payor: DAVID B OSBORNE ; Userid: CTS-fg/t ; Receipt: 20151FA1A138388; ; <br><br>Amount: $10.00 | | |
| 09/29/2015 | **Summons Issued Fee** | Payor: DAVID B OSBORNE ; Userid: CTS-fg/t ; Receipt: 20151FA1A138388; ; <br><br>Amount: $10.00 | | |
| 09/29/2015 | **Summons Issued Fee** | Payor: DAVID B OSBORNE ; Userid: CTS-fg/t ; Receipt: 20151FA1A138388; ; <br><br>Amount: $10.00 | | |
| 09/29/2015 | **Summons Issued Fee** | Payor: DAVID B OSBORNE ; Userid: CTS-fg/t ; Receipt: 20151FA1A138388; ; <br><br>Amount: $10.00 | | |
| 09/22/2015 | **Civil Cover Sheet** | | 📄 | 2 |

| Date | Description | Additional Text | View | Pages |
|---|---|---|---|---|
| 09/22/2015 | **Complaint (eFiled)** | Verified Mtg Foreclosure<br>Party: *Plaintiff* U S Bank National Assn | 📄 | 30 |
| 09/22/2015 | **eSummons Issuance** | UNKNOWN PARTY #2 | 📄 | 2 |
| 09/22/2015 | **eSummons Issuance** | Unknown Party #1 | 📄 | 2 |
| 09/22/2015 | **eSummons Issuance** | Party: *Defendant* Tavarez, Altagracia | 📄 | 2 |
| 09/22/2015 | **eSummons Issuance** | Party: *Defendant* CACH, LLC | 📄 | 2 |
| 09/22/2015 | **Request for Admissions** | To Defendant Altagracia Tavarez<br>Party: *Plaintiff* U S Bank National Assn | 📄 | 2 |
| 09/22/2015 | **Notice of Lis Pendens** | | 📄 | 1 |
| 09/22/2015 | **Value Claim Form** | | 📄 | 1 |

**− Hearing(s)**   Total: 3

| Date | Description | Additional Text |
|---|---|---|
| 06/01/2021 | **Foreclosure Sale** | *CANCELED  Suggestion of Bankruptcy*<br>Hearing Time: 10:00 AM<br>Judicial Officer(s):Not Applicable, ,<br>Location: On-line @ www.broward.realforeclose.com |
| 08/24/2016 | **Foreclosure Sale** | *CANCELED  Suggestion of Bankruptcy*<br>Hearing Time: 10:00 AM<br>Judicial Officer(s):Not Applicable, ,<br>Location: On-line @ www.broward.realforeclose.com |
| 05/03/2016 | **Foreclosure Sale** | Hearing Time: 10:00 AM<br>Judicial Officer(s):Not Applicable, ,<br>Location: On-line @ www.broward.realforeclose.com |

**− Related Case(s)**   Total: 0 ⌃

```
PAY4              AS-OF 06/02/21  PAYOFF CALCULATION TOTALS 06/01/21  18:10:14
NAME A  TAVAREZ   CONTACT NAME ALTAGRACIA TAVAREZ
-------------------------------------------------------------------------------
PRINCIPAL BALANCE         294,860.38        ---- 1ST MORTGAGE RATE CHANGES ----
INTEREST 06/02/21          23,032.52        INT FROM       RATE         AMOUNT
PRO RATA MIP/PMI                 .00        06/01/18     9.35000     23,032.52
ESCROW ADVANCE              9,614.25        06/02/21
ESCROW BALANCE                   .00
SUSPENSE BALANCE              828.15-
HUD BALANCE                      .00
REPLACEMENT RESERVE              .00
RESTRICTED ESCROW                .00
TOTAL-FEES                     20.00
ACCUM LATE CHARGES               .00
ACCUM NSF CHARGES                .00
OTHER FEES DUE                   .00
PENALTY INTEREST                 .00
FLAT/OTHER PENALTY FEE           .00        TOTAL 1ST MTG INTEREST   23,032.52
CR LIFE/ORIG FEE RBATE           .00        TOTAL TO PAYOFF         329,208.91
RECOVERABLE BALANCE         2,509.91  PRINT DISALLOWED:  NOT SIGNED ON TO OLLW
                                            TOTAL PAGE 2                  .00
-------------------------------------------------------------------------------
```

EXHIBIT B