UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

                                              CASE NO.: 21-15049-PDR

ALTAGRACIA TAVAREZ

                                              CHAPTER: 7

        Debtor(s).

_____/

**NOTICE OF WITHDRAWAL OF OBJECTION TO DEBTOR'S EMERGENCY MOTION TO CONTINUE THE AUTOMATIC STAY [DE14]**

SECURED CREDITOR, U.S. Bank National Association, as trustee, on behalf of the holders of the Credit Suisse First Boston Mortgage Securities Corp., Home Equity Pass Through Certificates, Series 2007-1, serviced by Select Portfolio Servicing, Inc., by and through its undersigned attorney, hereby gives Notice of Withdrawal of Objection to Debtor's Emergency Motion To Continue The Automatic Stay [DE14].

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the SOUTHERN District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rules.

                                              Respectfully submitted,

                                              /s/ Corey M. Ohayon

                                            **COREY M. OHAYON**
                                            Florida Bar No.: 051323
                                            **POPKIN & ROSALER, P.A.**
                                            Attorney for Secured Creditor
                                            1701 West Hillsboro Boulevard, Ste 400
                                            Deerfield Beach, FL  33442
                                            Telephone: (954) 360-9030
                                            Facsimile: (954) 420-5187
                                            Email: bankruptcy@popkinrosaler.com

16-43733B2

I HEREBY CERTIFY that a true and correct copy of the foregoing was provided via electronic and/or Regular U.S. Mail to the parties listed on the below service list, this this  21  day of  June , 2021.

Altagracia Tavarez
7825 Alhambra Boulevard
Miramar, FL 33023-5821

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Trustee
Kenneth A Welt
4581 Weston Road Suite 355
Weston, FL 33331

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130


                                              By:   /s/ Corey Ohayon
                                                      **COREY M. OHAYON**
                                                       Florida Bar No.: 051323

16-43733B2